IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GWENDOLYN EVANS | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. SA-11-CA-1055 |
| | § | |
| FELIPE RAMOS and | § | |
| JAMES SCHNEIDER | § | |
| | § | |
| Defendants | § | |
| | § | |

### JUDGMENT

On January 28, 2013, came on for trial the above-styled and numbered cause. Plaintiff Gwendolyn Evans appeared in person and by and through her counsel of record, and Defendants Felipe Ramos and James Schneider appeared in person and by and through their counsel of record. A jury was duly impaneled and sworn. The Plaintiff proceeded to present her evidence. When she rested her case in chief, the Defendants moved for judgment as a matter of law. The Court denied the motion, and the Defendants proceeded to present evidence. At the close of all the evidence, the Defendants renewed their motion for judgment as a matter of law, but the Court denied the motion. Following the arguments of counsel and the charge of the Court, the jury retired to deliberate. On January 29, 2013, the jury returned a unanimous verdict, answering the special interrogatories in favor of the Plaintiff with respect to her claim of excessive force against Defendant Felipe Ramos

only.  In all other respects, the jury answered the special interrogatories in favor of the Defendants.  The Court received the verdict of the jury and ordered it filed, and hereby renders Judgment in accordance with the verdict of the jury.

IT IS ORDERED, ADJUDGED, AND DECREED that with respect to her claim that Defendant Felipe Ramos used unnecessary and excessive force in effecting her arrest, Plaintiff Gwendolyn Evans DO HAVE AND RECOVER of and from Defendant Felipe Ramos the sum of Two Hundred Dollars ($200.00) in compensatory damages and Six Thousand Five Hundred Dollars ($6,500.00) in punitive damages, together with interest on the total amount thereof at the rate of 0.15% per annum from the date of Judgment until paid, for which let execution issue.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that with respect to the Plaintiff's claim that Felipe Ramos arrested her without probable cause or other legal justification, Judgment be, and it is hereby, ENTERED in favor of Defendant Felipe Ramos, and that the Plaintiff take nothing by her suit with respect to this claim.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that with respect to all the Plaintiff's claims against Defendant James Schneider, Judgment be, and it is hereby, ENTERED in favor of the Defendant, and that the Plaintiff take nothing by her claims against Defendant James Schneider.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Felipe Ramos pay the costs of suit herein incurred, for which let execution issue.

SIGNED AND ENTERED this 30th day of January, 2013.

*[signature: Harry Lee Hudspeth]*
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE